**2006–0842.   State v. Jarrett.**
Auglaize App. No. 2–05–37, 2006-Ohio-882. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0294 and 2006–0298, *State v. Crager,* Marion App. No. 9–04–54, 2005-Ohio-6868; and briefing schedule stayed.
O'DONNELL, J., would hold the cause for the decision in 2005–0773, *State v. Stahl,* Summit App. No. 22261, 2005-Ohio-1137.

**2006–0847.   State v. Curran.**
Clark App. No. 2005 CA 22, 2006-Ohio-773. On motion for leave to file delayed appeal. Motion granted.
RESNICK, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0850.   State v. Crawford.**
Hamilton App. No. C–050161. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–0862.   State ex rel. Richard v. Anderson.**
Lorain App. No. 06CA008887. On motion for emergency relief and immediate consideration and second motion for emergency relief and immediate consideration. Motions denied.

**2006–0866.   State v. Parks.**
Montgomery App. No. 20905, 2005-Ohio-6395. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–0869.   State v. Powell.**
Clermont App. No. CA2005–11–102. On motion for leave to file delayed appeal. Motion denied.

**2006–0876.   State v. Legg.**
Hamilton App. No. C–050994. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–0880.   State v. Beeler.**
Summit App. No. 22884. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–0890.   State v. Carr.**
Clermont App. No. CA2004–01–006, 2005-Ohio-417. On motion for leave to file delayed appeal. Motion denied.
O'CONNOR and O'DONNELL, JJ., dissent.

**2006–0925.   State v. Edwards.**
Hamilton App. No. C–040281. On motion for leave to file delayed appeal. Motion denied.

**2006–0972.   State v. Dovala.**
Lorain App. No. 05CA008767. On motion for stay of judgment. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2006–0978.   Rowe v. Brunsman.**
Ross App. No. 06CA2891, 2006-Ohio-1964. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2006–0502.   State v. Moore.**
Cuyahoga App. No. 85828, 2006-Ohio-277. Discretionary cross-appeal accepted on Proposition of Law Nos. II and III; cause held for the decision in 2006–0294 and 2006–0298, *State v. Crager,* Marion App. No. 9–04–54, 2005-Ohio-6868; and briefing schedule stayed.

**2006–0567.   Summit Cty. Children Servs. Bd. v. Communication Workers of Am., Local No. 4546.**
Summit App. No. 22697, 2006-Ohio-389.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.